
**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Copatrick Thomas
Phone: (212) 356-0885
Fax: (212) 356-2089
cthomas@law.nyc.gov
(not for service)

March 18, 2021

<u>VIA ECF</u>
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  <u>L.J., et al. v. City of New York, et al.</u>
     Docket No. 20-CV-10672 (KPF)

Dear Judge Failla:

I am the Assistant Corporation Counsel now assigned to represent the New York City Department of Education ("DOE") in the above-referenced action. Pursuant to Rule 2.D of the Court's Individual Rules of Practice in Civil Cases, I write to respectfully request an adjournment of the initial pretrial conference in this matter, and a corresponding extension of time for the parties to submit their proposed civil case management plan and scheduling order.

By Complaint dated December 18, 2020 (ECF No. 1), Plaintiffs assert various claims under the Individuals with Disabilities Education Act ("IDEA"). Defendants answered the Complaint on February 25, 2021. An initial conference is currently set for March 24, 2021 at 11:30 AM.

The attorney originally assigned to this matter has left her employment with the Law Department, and the matter was assigned to me this morning. I therefore write to respectfully request (i) a 14-day adjournment of the initial pretrial conference in this matter, from March 24, 2021 to April 7, 2021, or another date (and time) that is convenient for the Court, and (ii) a corresponding extension of time for the parties to submit their initial pretrial conference materials. I make this request in light of my recent assignment to this case, and to allow me adequate time to review the underlying record, confer with the Department of Education and opposing counsel, and prepare an appropriate civil case management plan and scheduling order.

        This is Defendants' first such request. My office has conferred with Plaintiffs' counsel, Benjamin Kopp, Esq., who consents.

        I thank you for your consideration of this matter.

        Respectfully submitted,

        /s/
        Copatrick Thomas
        Assistant Corporation Counsel

cc:    Benjamin Kopp, Esq.
       Attorney for Plaintiffs
       (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled
in this matter for March 24, 2021, is ADJOURNED to April 7,
2021, at 10:00 a.m.  The conference will proceed by telephone.
To access the teleconference line, the parties shall call (888)
363-4749 and enter access code 5123533#.  Please note, the
conference line will not be available before 10:00 a.m.

The Clerk of Court is directed to terminate the motion at docket
entry 12.
```

Dated:  March 18, 2021        SO ORDERED.
       New York, New York

                          HON. KATHERINE POLK FAILLA
                          UNITED STATES DISTRICT JUDGE