UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.J., *individually and on behalf of D.S., a child with a disability*,

                    Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

20 Civ. 10672 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Pursuant to the case management plan in this matter, discovery is scheduled to close on December 3, 2021. (Dkt. #25). Accordingly, the Court hereby ORDERS the parties to appear for a pretrial conference on **December 21, 2021, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

On or before **December 16, 2021,** the parties shall submit via email (Failla_NYSDChambers@nysd.uscourts.gov) a joint letter, not to exceed three pages, regarding the status of the case. The letter should include the following information in separate paragraphs:

    (i)    A statement of all existing deadlines, due dates, and/or cut-off dates;

    (ii)    A brief description of any outstanding motions;

    (iii)    A brief description of the status of discovery and of any additional discovery that needs to be completed;

    (iv)    A statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

(v)     A statement of the anticipated length of trial and whether the case is to be tried to a jury;

(vi)     A statement of whether the parties anticipate filing motions for summary judgment, including the basis of any such motion; and

(vii)     Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.

SO ORDERED.

Dated:    October 7, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge