UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.J., *individually and on behalf of D.S., a child with a disability*,

                Plaintiffs,

-v.-

New York City Department of Education,

                Defendant.

20 Civ. 10672 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    At the conference held on January 18, 2022, the Court granted the parties' request to extend the discovery deadline in this case to February 11, 2022. (*See* Minute Entry for January 18, 2022). Given that extension, the Court hereby ADJOURNS the pretrial conference in this matter to **February 16, 2022, at 12:00 p.m.** The parties are reminded of their obligation to submit a joint status letter the week prior to the conference. (*See* Dkt. #26).

    SO ORDERED.

Dated:   January 19, 2022
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge