UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.J., *individually and on behalf of D.S., a child with a disability*,

                Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20 Civ. 10672 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On June 30, 2023, the Court granted the parties' request to maintain the stay in this matter for two additional weeks pending their efforts to reach a settlement. (Dkt. #81). Those two weeks have now passed, and the Court understands that the parties did not reach an agreement. The Court will therefore consider Plaintiff's motion for summary judgment. (Dkt. #50). Supplemental briefing is not necessary at this time.

    The Clerk of Court is directed to restore this case to the active docket.

    SO ORDERED.

Dated:  July 20, 2023
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge