UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.J., *individually and on behalf of* D.S., *a child with a disability*,

                Plaintiff,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20 Civ. 10672 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's letter brief outlining the remaining categories of relief specified in the FOFD that Plaintiff claims Defendant has not satisfied (Dkt. #84) as well as Defendant's response (Dkt. #87). The Court hereby ORDERS the parties to appear for a conference regarding the parties' submissions on **November 21, 2023,** at **2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  November 9, 2023
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge