UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.J., *individually and on behalf of* D.S., *a child with a disability*,<br><br>                        Plaintiff,<br><br>                            -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                        Defendant. | 20 Civ. 10672 (KPF)<br><br>**JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

      Whereas on April 1, 2022, Plaintiff having moved for an order granting summary judgment seeking injunctive relief as well as attorneys' fees and costs for work performed by Plaintiff's counsel, the Cuddy Law Firm, in connection with an administrative proceeding and this related federal action (Doc. #50), and on September 6, 2023, this Court having rendered its Opinion and Order (Doc. #83), granting in part Plaintiff's motion, and on May 9, 2024, Plaintiff having requested judgment be issued as to Plaintiff's Fourth and Sixth Causes of Action with respect to the attorneys' fees (Doc. #100), and the Court, on May 10, 2024, granting Plaintiff's request in its Memo Endorsement, it is,

      ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated September 6, 2023, the Court awards the Cuddy Law Firm attorneys' fees in the aggregate amount of $47,776.40, and costs in the amount of $881.57.

SO ORDERED.

Dated: April 10, 2024
        New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge